UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON PETTWAY, and ) <br> MARSHA HUBBARD ) <br> ) <br> individually and on behalf of all ) <br> others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HARMON LAW OFFICES, P.C. ) <br> ) <br> Defendant. ) | Civil Action No. <br> 03-10932-RGS |

**AFFIDAVIT OF SHENNAN KAVANAGH**

I, Shennan Kavanagh, being duly sworn, do hereby on oath state the following documents are true and accurate copies of the originals from which they are derived:

1. As counsel to plaintiffs, Sharon Pettway and Marsha Hubbard, I have personal knowledge of the matters set forth in this affidavit, regarding the exhibits attached to Plaintiff's Memorandum In Support of Motion for Class Certification ("Class Certification Memo").

2. I am over twenty-one years of age and understand the obligations and consequences of an oath.

3. A true and accurate copy of the October 23, 2002 payoff letter to Carlton D. and Sharon D. Pettway ("The Pettways") from Harmon Law Offices, P.C. is attached to the Class Certification Memo as Exhibit 1.

4. A true and accurate copy of the October 29, 2002 reinstatement letter to the Pettways from Harmon Law Offices, P.C. is attached to the Class Certification Memo as Exhibit 2.

5. A true and accurate copy of the November 15, 2002 breakdown of legal fees letter to the Pettways from Harmon Law Offices, P.C. is attached to the Class Certification Memo as Exhibit 3.

      6.     A true and accurate copy of the November 22, 2002 reinstatement letter to the Pettways from Harmon Law Offices, P.C. is attached to the Class Certification Memo as Exhibit 4.

      7.     A true and accurate copy of the November 26, 2002 payoff letter to Marsha J. Hubbard from Harmon Law Offices, P.C. is attached to the Class Certification Memo as Exhibit 5.

      8.     A true and accurate copy of the December 2, 2002 reinstatement letter to Marsha J. Hubbard from Harmon Law Offices, P.C. is attached to the Class Certification Memo as Exhibit 6.

      9.     A true and accurate copy of the January 14, 2003 reinstatement letter to Marsha J. Hubbard from Harmon Law Offices, P.C. is attached to the Class Certification Memo as Exhibit 7.

      10.     A true and accurate copy of the January 16, 2003 reinstatement letter to Marsha J. Hubbard from Harmon Law Offices, P.C. is attached to the Class Certification Memo as Exhibit 8.

      11.     A true and accurate copy of the March 25, 2003 payoff letter to Marsha J. Hubbard from Harmon Law Offices, P.C. is attached to the Class Certification Memo as Exhibit 9.

      12.     A true and accurate copy of the January 22, 2003 reinstatement letter to Marsha J. Hubbard from Harmon Law Offices, P.C. is attached to the Class Certification Memo as Exhibit 10.

      13.     A true and accurate copy of the March 10, 2003 payoff letter to Virginia Pratt from Harmon Law Offices, P.C. is attached to the Class Certification Memo as Exhibit 11.

      14.     A true and accurate copy of the LandMark Templates List dated May 3, 2004 is attached to the Class Certification Memo as Exhibit 12.

      15.     A true and accurate copy of the Pettway Fee and Cost Request Form dated October 18, 2002 is attached to the Class Certification Memo as Exhibit 13.

      16.     A true and accurate copy of the Pettway Fee and Cost Request Form dated October 29, 2002 is attached to the Class Certification Memo as Exhibit 14.

      17.     A true and accurate copy of the Pettway Fee and Cost Request Form dated November 21, 2002 is attached to the Class Certification Memo as Exhibit 15.

      18.     A true and accurate copy of the Fee and Cost Request Form for Marsha Hubbard dated November 25, 2002 is attached to the Class Certification Memo as Exhibit 16.

      19.     A true and accurate copy of the Fee and Cost Request Form for Marsha Hubbard dated November 27, 2002 is attached to the Class Certification Memo as Exhibit 17.

      20.     A true and accurate copy of the Fee and Cost Request Form for Marsha Hubbard dated December 30, 2002 is attached to the Class Certification Memo as Exhibit 18.

      21.     A true and accurate copy of the Fee and Cost Request Form for Marsha Hubbard dated January 13, 2003 is attached to the Class Certification Memo as Exhibit 19.

      22.     A true and accurate copy of the Fee and Cost Request Form for Marsha Hubbard dated January 14, 2003 is attached to the Class Certification Memo as Exhibit 20.

      23.     A true and accurate copy of the Fee and Cost Request Form for Marsha Hubbard dated February 25, 2003 is attached to the Class Certification Memo as Exhibit 21.

      24.     A true and accurate copy of the Matter Timeslip and Expense Report for Carlton D. Pettway dated October 29, 2002 is attached to the Class Certification Memo as Exhibit 22.

      25.     A true and accurate copy of the Matter Timeslip and Expense Report for Carlton D. Pettway dated November 21, 2002 is attached to the Class Certification Memo as Exhibit 23.

      26.     A true and accurate copy of the Matter Timeslip and Expense Report for Marsha Hubbard dated November 25, 2002 is attached to the Class Certification Memo as Exhibit 24.

      27.     A true and accurate copy of the Matter Timeslip and Expense Report for Marsha Hubbard dated November 27, 2002 is attached to the Class Certification Memo as Exhibit 25.

      28.     A true and accurate copy of the Matter Timeslip and Expense Report for Marsha Hubbard dated December 30, 2002 is attached to the Class Certification Memo as Exhibit 26.

29. A true and accurate copy of the Matter Timeslip and Expense Report for Marsha Hubbard dated January 13, 2003 is attached to the Class Certification Memo as Exhibit 27.

30. A true and accurate copy of the Matter Timeslip and Expense Report for Marsha Hubbard dated January 14, 2003 is attached to the Class Certification Memo as Exhibit 28.

30. A true and accurate copy of the Matter Timeslip and Expense Report for Marsha Hubbard dated February 25, 2003 is attached to the Class Certification Memo as Exhibit 29

31. A true and accurate copy of the Cost Estimation Timeline updated May 6, 2004 is attached to the Class Certification Memo as Exhibit 30.

32. True and accurate copies of the Massachusetts Secretary of State Corporation Records are attached to the Class Certification Memo as Exhibit 31.

33. A true and accurate copy of the Harmon Law Offices General Fee Schedule is attached to the Class Certification Memo as Exhibit 32.

34. True and accurate copies of the Foreclosure Fee Schedules are attached to the Class Certification Memo as Exhibit 33.

35. A true and accurate copy of the Defendant's First Supplemental Response to Plaintiffs' Interrogatories dated August 24, 2004 is attached to the Class Certification Memo as Exhibit 34.

36. A true and accurate copy of the Harmon Law Offices Schedule for Massachusetts' Foreclosure Fee Breakdown by Time is attached to the Class Certification Memo as Exhibit 35.

Signed under the pains and penalties of perjury.

/s/ Shennan Kavanagh
Shennan Kavanagh
Roddy Klein & Ryan
727 Atlantic Ave. 2nd Floor
Boston, MA 02111
(ph.) 617-357-5500, Ext. 12
(fax) 617-357-5030
Dated: February 28, 2005                 kavanagh@roddykleinryan.com