UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHARON PETTWAY, and, <br> MARSHA HUBBARD, <br> individually and on behalf of all <br> others similarly situated, <br><br> *Plaintiffs*, <br> v. <br><br> HARMON LAW OFFICES, P.C., <br><br> *Defendant*. | CIVIL ACTION NO.:  03-10932-RGS |

**JOINT REPORT ON SETTLEMENT AND ASSENTED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

The parties in the above action jointly report that a settlement in principle was reached during the mediation held on December 7, 2005, and, absent an order from the Court, the parties intend to file a Settlement Agreement, together with a Motion for Preliminary Approval of the Settlement Agreement within 45 days of the docketing of this Report.

The parties request that Plaintiffs' Motion for Leave to File Second Amended Complaint, previously submitted, hereby be granted.

Counsel for the PLAINTIFFS:

 /**s**/ Gary Klein
Gary Klein (BBO# 560769)
Shennan Kavanagh (BBO# 655174)
Roddy, Klein & Ryan
727 Atlantic Avenue
Boston, MA 02111
617-357-5500


 /**s**/ Odette Williamson
Stuart T. Rossman (BBO# 430640)
Odette Williamson (BBO# 634791)
National Consumer Law Center
77 Summer Street, 10th Floor
Boston, MA 02110
617-542-8010

Counsel for the DEFENDANT:


 /**s**/ Clare B. Burhoe
Evan T. Lawson (BBO# 289280)
Clare B. Burhoe (BBO# 632238)
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990